# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

State of Minnesota , by its Attorney General, Mike Hatch,

Plaintiff,

v.

Sunbelt Communications and Marketing, LLC and Lara Horne Albrecht,

Defendants.

02cv770 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Plaintiff's Motion for Preliminary Injunction** on Wednesday, July 10, 2002 at 10:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK