UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-770 (JEL/JGL)

STATE OF MINNESOTA,

Plaintiff,

v.

**PRETRIAL ORDER**

SUNBELT COMMUNICATIONS AND MARKETING, LLC, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., it is hereby **ORDERED** that all discovery is stayed until ruling by the Eighth Circuit Court of Appeals.

DATED: August 2, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed__________
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________