UNITED STATES DISTRICT COURT
FOR DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STATE OF MINNESOTA<br>by its Attorney General, Mike Hatch<br><br>Plaintiff,<br><br>vs.<br><br>SUNBELT COMMUNICATIONS AND MARKETING, LLC<br><br>d/b/a Sunbelt Communications<br>d/b/a Sunbelt Marketing<br><br>LARA HORNE ALBRECHT<br><br>Defendants. | ) | CIVIL NO. CV 02-770<br>JEL/JGL<br><br>ORDER |

**[redacted] ORDER**

The United States' Unopposed Motion to Intervene to address the constitutionality of the Telephone Consumer Protection Act of 1991, and to offer its interpretation of the TCPA's applicability to intrastate facsimile transmissions, is hereby GRANTED.

Joan Ericksen Lancaster
United States District Judge

Aug 9. 2002

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______