3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL NO. 02-CV-770 (JEL/JGL)**

State of Minnesota, by it Attorney
General, Mike Hatch,

Plaintiff,

and

United States of America,

Intervenor,

vs.

Sunbelt Communications and
Marketing, d/b/a Sunbelt Communications,
Sunbelt Marketing,

and

Lara Horne Albrecht, individually, and as President
of Sunbelt Communications and Marketing, LLC,

Defendants.

---

**ORDER**
**TO WITHDRAW AS COUNSEL**

The above-entitled matter came on for hearing upon the motion of Richard M. Carlson for a request to withdrawal as counsel on the 11th day of February, 2003 before the Honorable Jonathon G. Lebedoff, Magistrate Judge of the United States District Court, District of Minnesota. Richard M. Carlson appeared on behalf of Morris, Carlson & Hoelscher, P.A., all other appearances were as noted on the record.



FILED FEB 1 [illegible] 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the Notice of Motion and Motion, Affidavits, Exhibits, evidence adduced at said hearing, the arguments of counsel, and the court being fully advised of the premises:

IT IS HEREBY ORDERED:

1. Richard M. Carlson and the law firm of Morris, Carlson & Hoelscher, P.A. is hereby removed as counsel for Defendants Sunbelt Communications and Marketing, d/b/a Sunbelt Communications, Sunbelt Marketing and Lara Horne Albrecht, individually, and as President of Sunbelt Communications and Marketing, LLC. (Doc. 38)

BY THE COURT:

Dated: Feb. 11, 2003

Jonathon G. Lebedoff
Magistrate Judge of District Court