UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-770 (JNE/JGL)

STATE OF MINNESOTA,

Plaintiff,

v.

**PRETRIAL ORDER**

SUNBELT COMMUNICATIONS
AND MARKETING, LLC, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2003;

3. Initial disclosures of all expert witnesses shall be made by October 1, 2003, and reports by October 15, 2003; Rebuttal expert witnesses shall be disclosed by November 1, 2003, and reports by November 15, 2003;

4. The period during which the parties may seek discovery shall be completed by January 15, 2004;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2004;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2004; and

7. This case will be considered "ready for trial" as of April 1, 2004.

DATED: June 30, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED JUN 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______