UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

STATE OF MINNESOTA by its Attorney General, Mike Hatch,

Plaintiff,

vs.

SUNBELT COMMUNICATIONS AND MARKETING, L.L.C. d/b/a Sunbelt Communications, d/b/a Sunbelt Marketing, and

LARA HORNE ALBRECHT, individually, and as President of Sunbelt Communications and Marketing, L.L.C.,

Defendants.

Civil File No. CV 02-770 JNE/JGL

**ORDER COMPELLING DEFENDANTS' PRODUCTION OF DOCUMENTS**

This matter came before the Court on October 9, 2003, before the Honorable Magistrate Jonathon Lebedof, United States District Court, upon Plaintiff State of Minnesota's motion for an Order compelling defendants to produce documents responsive to the State's discovery requests. (Doc. 48)

**IT IS HEREBY ORDERED:**

That defendants produce all documents responsive to the State's requests for production within ten days of entry of this Order.

BY THE COURT:

Date: Oct. 9, 2003

The Honorable Magistrate Jonathon Lebedof
Judge of United States District Court

AG. #921052-v1

FILED OCT - 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______