**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**STATE OF MINNESOTA by its Attorney General, Mike Hatch,**

Plaintiff,

v.

**SUNBELT COMMUNICATIONS AND MARKETING, LLC d/b/a Sunbelt Communications, d/b/a Sunbelt Marketing; and LARA HORNE ALBRECHT, individually, and as President of Sunbelt Communications and Marketing, LLC,**

Defendants.

---

Civil No. 02-770 (JNE/JGL)

**O R D E R**

APPEARANCES

Mary Ann L. Wymore, Esq., for Defendants appearing by telephone

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on November 21, 2003 on the Motion to Withdraw as Counsel brought by Pro Hac Vice Counsel Mary Ann L. Wymore for Defendants (Doc. No. 59). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

On November 6, 2003, this Court recommended granting default judgment in favor of Plaintiff State of Minnesota in its action against

FILED NOV 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Defendants (collectively, "Sunbelt"). Due to Sunbelt's reported refusal to cooperate or communicate with its counsel, Sunbelt's attorney, Ms. Wymore, now moves for leave to withdraw from her representation of Defendants, to whatever extent this matter remains active. Ms. Wymore likewise moves for her law firm of Greensfelder, Hemker & Gale, P.C. to withdraw as counsel. This Order memorializes the Court's decision to grant Ms. Wymore's Motion from the bench.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel brought by Pro Hac Vice Counsel Mary Ann L. Wymore for Defendants (Doc. No. 59) is **GRANTED**. Mary Ann L. Wymore and the law firm of Greensfelder, Hemker & Gale, P.C. are hereby removed as counsel for Defendants Sunbelt Marketing and Communications, LLC, and Lara Horne Albrecht.

Dated: November 21, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.